**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CAGLIA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:19-cv-1376 JLT<br><br>ORDER DIRECTING PLAINTIFF TO PREPARE AND SERVE A CONFIDENTIAL LETTER BRIEF |

Anthony Caglia initiated this action by filing a complaint on October 1, 2019, seeking judicial review of the decision to deny his application for Social Security benefits. (Doc. 1)  On February 5, 2020, the Court issued a Scheduling Order, setting forth the deadlines governing the action.  (Doc. 16)

The Commissioner of Social Security filed the certified administrative record in the matter on February 3, 2020. (Doc. 15)  Pursuant to the terms of the Scheduling Order, within thirty days of the filing of the administrative record, Plaintiff was to serve "a letter brief outlining the reasons why he … contends that a remand is warranted," and "shall succinctly set forth the relevant issues and reasons for the remand."  (Doc. 16 at 2)  In addition, Plaintiff is instructed to file "proof of service reflecting that the letter brief was served."  (*Id.*)  However, the Court notes that due to an administrative error, the Scheduling Order was issued following the filing of the administrative record, and Plaintiff was not aware of his obligations related to the exchanging of confidential briefs when the administrative record was filed by the Commissioner. Accordingly, the Court **ORDERS**:

1

1. Plaintiff **SHALL** serve a confidential letter brief and file proof of service with the Court **no later than April 23, 2021**; and

2. Plaintiff is reminded the brief itself **shall NOT** be filed with the Court.

IT IS SO ORDERED.

Dated:  **March 24, 2021**                     **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE