**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CAGLIA, | Case No.: 1:19-cv-1376 JLT |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 29) |
| Defendant. | |

On September 28, 2021, Plaintiff filed a motion "requesting a extension for this case." (Doc. 29.) However, Plaintiff fails to explain why an extension is necessary in this case, when both parties have filed their briefs and no additional actions are required from Plaintiff. The Court is unable to find an extension is necessary or appropriate. Accordingly, the Court **ORDERS** the motion for an extension is **DENIED**.

IT IS SO ORDERED.

Dated:   **September 30, 2021**          _/s/ Jennifer L. Thurston_
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

1